IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>[1]   ELIZABETH ORTIZ-VÉLEZ,<br><br>**Defendant(s).** | Case No. 3:21-cr-00356 (FAB) |

### ORDER

The Report and Recommendation filed on October 1, 2021, ECF No. 8 on defendant's Rule 11 proceeding held before Magistrate Judge Camille L. Velez-Rive on September 29, 2021, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant as to count 1 of the Information is accepted.  This case was referred to the Probation Office for preparation of a Presentence Investigation Report on September 29, 2021.

**Sentencing hearing remains set for January 24, 2022 at 9:00 a.m. using VTC.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of October 2021.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
United States District Judge